**E-FILED 12/2/15**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JAMES KIPP,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California<br>State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 03-8571 PSG<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus and Motion to Amend issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

Dated: December 2, 2015.

_____
PHILIP S. GUTIERREZ
United States District Judge